UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUAN TARRELL JONES, | No. C 11-5783 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| TIM VIRGA, warden, | |
| Respondent. | |

Respondent's *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus is GRANTED. (Docket # 7.) Respondent's answer filed March 7, 2012 is deemed timely filed. Petitioner must file and serve his traverse no later than **April 30, 2012.**

Petitioner's request for an extension of time to pay the filing fee is GRANTED. (Docket # 6.) The filing fee paid on March 2, 2012 is deemed timely paid.

IT IS SO ORDERED.

DATED: April 9, 2012

SUSAN ILLSTON
United States District Judge