UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUAN TARRELL JONES, | No. C 11-5783 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| TIM VIRGA, warden, | |
| Respondent. | |

Petitioner's *ex parte* request for an extension of time to file his traverse is GRANTED. (Docket # 11.) The traverse filed on May 1, 2012 is deemed timely filed.

IT IS SO ORDERED.

DATED: May 7, 2012

SUSAN ILLSTON
United States District Judge