UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUAN TARRELL JONES, | No. C 11-5783 SI (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| TIM VIRGA, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus has been denied. Judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED**.

DATED: June 14, 2012

SUSAN ILLSTON
United States District Judge